# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

April 15, 2010

Mr. Mark Andrew Christensen
FCI - Victorville Medium II
P.O. Box 5300
Adelanto, CA 92301
#09220-046

**RE:    09-8040, 09-8054, Christensen v. Big Horn County Board of Count, et al**
Dist/Ag docket: 2:08-CV-00112-ABJ

Dear Appellant:

Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:    Joseph H. Azbell
       Steven K. Sharpe
       Kathleen Swanson


EAS/lab